1 | Keith D. Cable, Esq. (SBN 170055)
cablelaw@yahoo.com
2 | **CABLE LAW, APC**
101 Parkshore Drive, Ste. 100
3 | Folsom, CA 95630
Telephone:    916 608 7995
4 | Facsimile:    916 608 7986

5 | Attorneys for Plaintiff
WILLIAM E. GRAY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| WILLIAM E. GRAY, | Case No.: 1:20−CV−01432−NONE−EPG |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO RESCHEDULE DATE OF MANDATORY SCHEDULING CONFERENCE** |
| v. | |
| INVACARE CORPORATION; and DOES 1 to 50, | Conference Date: February 4, 2021
Time: 10:30 AM |
| Defendant. | Courtroom: #10 (6th Floor)
New Proposed Date: April 8, 2021 |

STIPULATION AND ORDER TO RESCHEDULE DATE OF MANDATORY SCHEDULING CONFERENCE

Pursuant to the United States District Court, Eastern District of California, Local Rules 143 and 144, Plaintiff William E. Gray ("Plaintiff" or "Gray") and Defendant Invacare Corporation ("Defendant" or "Invacare") (collectively, the "Parties") hereby file this Stipulation to reschedule the February 4, 2021 Mandatory Scheduling Conference ("MSC") and all related deadlines to April 8, 2021 or to a date thereafter that is convenient to the Court.

WHEREAS, on January 2, 2020, Plaintiff filed a Complaint against Invacare in the Superior Court of California, County of Kings, Case No.: 20C-0001, (Dkt. No. 1-1);

WHEREAS, Invacare filed a Notice of Removal on October 7, 2020, (Dkt. No. 1);

WHEREAS, on October 8, 2020, the Court scheduled an initial MSC for February 4, 2021 at 10:30 AM before Magistrate Judge Erica P. Grosjean, (Dkt. No. 2);

WHEREAS, on October 9, 2020 Invacare declined jurisdiction of the United States Magistrate Judge, (Dkt. No. 3);

WHEREAS, since removal, Plaintiff's counsel has determined another party, or parties, should be added to the case and he submits that this new defendant, or defendants, will defeat diversity under 28 U.S.C § 1332 and intends to move to remand to state court;

WHEREAS, Plaintiff estimates he will amend the Complaint to name this additional party, or parties, as defendants within the next 60 days.

WHEREAS, the Parties believe that setting the MSC to a date after the Court's ruling on Plaintiff's forthcoming motion to remand would further the interests of justice and judicial efficiency;

WHEREAS, the magistrate judge lacks jurisdiction to preside in this case, a continuance of the MSC will provide the Court additional time to appoint an Article III judge to preside over the MSC and subsequent proceedings in this matter, should the case remain in this Court;

WHEREAS, the Parties have not previously requested a continuance of the MSC, and a continuance of the MSC will not affect any other dates or deadlines already scheduled in this matter;

NOW, THEREFORE, the Parties stipulate and jointly request that the Court continue the February 4, 2021 MSC to April 8, 2021; that the mandatory conference of counsel shall occur at least twenty (20) days prior to the April 8, 2021 MSC; and that the Joint Scheduling Report shall be electronically filed in CM/ECF, one (1) full week prior to the April 8, 2021 MSC.

**IT IS SO STIPULATED.**

Dated:  January 22, 2021                STEPTOE & JOHNSON LLP

By:  */s/ Melanie A. Ayerh*
     Dennis Raglin
     Melanie Ayerh

Attorneys for Defendant
INVACARE CORPORATION

Dated:  January 22, 2021                CABLE LAW, APC

By:  */s/*
     Keith D. Cable

Attorney for Plaintiff
WILLIAM E. GRAY

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 5), and finding good cause exists, IT IS ORDERED that the Scheduling Conference, currently set for February 4, 2021, is continued to April 8, 2021, at 10:30 AM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated:   **January 22, 2021**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

- 4 -
STIPULATION AND ORDER TO RESCHEDULE DATE OF MANDATORY SCHEDULING CONFERENCE

Doc. # DC-15002301 v.1