1  Dennis Raglin (SBN 179261)
   draglin@steptoe.com
2  Melanie Ayerh (SBN 303211)
   mayerh@steptoe.com
3  **STEPTOE & JOHNSON LLP**
   633 West Fifth Street, Suite 1900
4  Los Angeles, California 90071-3500
   Telephone:    213 439 9400
5  Facsimile:    213 439 9599

6  Attorneys for Defendant
   INVACARE CORPORATION
7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

10

11 | WILLIAM E. GRAY, | Case No.: 1:20−CV−01432−NONE−EPG
12 |    Plaintiff, | **SECOND STIPULATION AND ORDER TO RESCHEDULE DATE OF MANDATORY SCHEDULING CONFERENCE**
13 |    v. |
14 | INVACARE CORPORATION; and DOES 1 to 50, | Conference Date: April 8, 2021
15 | | Time: 10:30 AM
   |    Defendant. | Courtroom: #10 (6th Floor)
16 | | New Proposed Date: June 10, 2021

---

STIPULATION AND ORDER TO RESCHEDULE DATE OF MANDATORY SCHEDULING CONFERENCE

Pursuant to the United States District Court, Eastern District of California, Local Rules 143 and 144, Plaintiff William E. Gray ("Plaintiff" or "Gray") and Defendant Invacare Corporation ("Defendant" or "Invacare") (collectively, the "Parties") hereby file this Second Stipulation to reschedule the April 8, 2021 Mandatory Scheduling Conference ("MSC") and all related deadlines to June 10, 2021 or to a date thereafter that is convenient to the Court.

WHEREAS, on January 2, 2020, Plaintiff filed a Complaint against Invacare in the Superior Court of California, County of Kings, Case No.: 20C-0001, (Dkt. No. 1-1);

WHEREAS, Invacare filed a Notice of Removal on October 7, 2020, (Dkt. No. 1);

WHEREAS, on October 8, 2020, the Court scheduled an initial MSC for February 4, 2021 at 10:30 AM before Magistrate Judge Erica P. Grosjean, (Dkt. No. 2);

WHEREAS, on October 9, 2020 Invacare declined jurisdiction of the United States Magistrate Judge, (Dkt. No. 3);

WHEREAS, since removal, Plaintiff's counsel has determined another party, or parties, should be added to the case and he submits that this new defendant, or defendants, will defeat diversity under 28 U.S.C § 1332 and intends to move to remand to state court;

WHEREAS, on January 25, 2021, this Court granted the Parties Joint Stipulation to continue the date of the MSC to April 8, 2021, (Dkt. No. 7);

WHEREAS, Plaintiff has been working diligently to ascertain the chain of possession of the wheelchair at issue and the entities which had possession and control of the wheelchair, but believes he will require another 60 days to amend the Complaint to name this additional party, or parties, as defendants and to file a Motion to Remand;

WHEREAS, the Parties believe that setting the MSC to a date after the Court's ruling on Plaintiff's forthcoming motion to remand would further the interests of justice and judicial efficiency;

WHEREAS, the magistrate judge lacks jurisdiction to preside in this case, a continuance of the MSC will provide the Court additional time to appoint an Article III judge to preside over the MSC and subsequent proceedings in this matter, should the case remain in this Court;

WHEREAS, this is the Parties' second request for a continuance of the MSC;

WHEREAS, a continuance of the MSC will not affect any other dates or deadlines already scheduled in this matter;

NOW, THEREFORE, the Parties stipulate and jointly request that the Court continue the April 8, 2021 MSC to June 10, 2021; that the mandatory conference of counsel shall occur at least twenty (20) days prior to the June 10, 2021 MSC; and that the Joint Scheduling Report shall be electronically filed in CM/ECF, one (1) full week prior to the June 10, 2021 MSC.

**IT IS SO STIPULATED.**

Dated: March 25, 2021                         STEPTOE & JOHNSON LLP

                                              By: */s/ Melanie A. Ayerh*
                                                  Dennis Raglin
                                                  Melanie Ayerh

                                              Attorneys for Defendant
                                              INVACARE CORPORATION

Dated: March 25, 2021                         CABLE LAW, APC

                                              By: */s/ Keith D. Cable*
                                                  Keith D. Cable

                                              Attorney for Plaintiff
                                              WILLIAM E. GRAY

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE DATE OF MANDATORY SCHEDULING CONFERENCE

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 8), and finding good cause exists, IT IS ORDERED that the Scheduling Conference, currently set for April 8, 2021, is continued to June 10, 2021, at 10:30 AM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the undersigned's review.

IT IS SO ORDERED.

Dated:   **March 25, 2021**                    /s/ Erica P. Grosjean
                                                           UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28