| | |
|---|---|
| 1 | Dennis Raglin (SBN 179261) |
| | *draglin@steptoe.com* |
| 2 | Melanie Ayerh (SBN 303211) |
| | *mayerh@steptoe.com* |
| 3 | **STEPTOE & JOHNSON LLP** |
| | 633 West Fifth Street, Suite 1900 |
| 4 | Los Angeles, California 90071-3500 |
| | Telephone:  213 439 9400 |
| 5 | Facsimile:  213 439 9599 |
| 6 | Attorneys for Defendant |
| | INVACARE CORPORATION |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| WILLIAM E. GRAY, | Case No.: 1:20−CV−01432−NONE−EPG |
| Plaintiff, | |
| v. | **THIRD STIPULATION AND ORDER TO RESCHEDULE DATE OF MANDATORY SCHEDULING CONFERENCE** |
| INVACARE CORPORATION; and DOES 1 to 50, | |
| Defendant. | Conference Date: June 10, 2021 |
| | Conference Time: 10:30 a.m. |
| | Courtroom: #10 (6th Floor) |
| | New Proposed Date: September 10, 2021 |

Pursuant to the United States District Court, Eastern District of California, Local Rules 143 and 144, Plaintiff William E. Gray ("Plaintiff" or "Gray") and Defendant Invacare Corporation ("Defendant" or "Invacare") (collectively, the "Parties") hereby file this Third Stipulation to reschedule the June 10, 2021 Mandatory Scheduling Conference ("MSC") and all related deadlines to August 13, 2021 or to a date thereafter that is convenient to the Court.

WHEREAS, on January 2, 2020, Plaintiff filed a Complaint against Invacare in the Superior Court of California, County of Kings, Case No.: 20C-0001, (Dkt. No. 1-1);

WHEREAS, Invacare filed a Notice of Removal on October 7, 2020, (Dkt. No. 1);

WHEREAS, on October 8, 2020, the Court scheduled an initial MSC for February 4, 2021 at 10:30 AM before Magistrate Judge Erica P. Grosjean, (Dkt. No. 2);

WHEREAS, on October 9, 2020 Invacare declined jurisdiction of the United States Magistrate Judge, (Dkt. No. 3);

WHEREAS, since removal, Plaintiff's counsel has determined another party, or parties, should be added to the case and he submits that this new defendant, or defendants, will defeat diversity under 28 U.S.C § 1332 and intends to move to remand to state court;

WHEREAS, on January 25, 2021, this Court granted the Parties Joint Stipulation to continue the date of the MSC to April 8, 2021, (Dkt. No. 7) and then granted a second Joint Stipulation to continue the date to June 10, 2021;

WHEREAS, Plaintiff has been working diligently to ascertain the chain of possession of the wheelchair at issue and the entities which had possession and control of the wheelchair, but believes he will require another 90 days to amend the Complaint to name this additional party, or parties, as defendants and to file a Motion to Remand;

WHEREAS, the Parties believe that setting the MSC to a date after the Court's ruling on Plaintiff's forthcoming motion to remand would further the interests of justice and judicial efficiency;

WHEREAS, the magistrate judge lacks jurisdiction to preside in this case, a continuance of the MSC will provide the Court additional time to appoint an Article III judge to preside over

- 2 -
STIPULATION AND ORDER TO RESCHEDULE DATE OF
MANDATORY SCHEDULING CONFERENCE
Doc. # DC-19454047 v.2

the MSC and subsequent proceedings in this matter, should the case remain in this Court;

WHEREAS, this is the Parties' second request for a continuance of the MSC;

WHEREAS, a continuance of the MSC will not affect any other dates or deadlines already scheduled in this matter;

NOW, THEREFORE, the Parties stipulate and jointly request that the Court continue the June 10, 2021 MSC to September 10, 2021; that the mandatory conference of counsel shall occur at least twenty (20) days prior to the September 10, 2021 MSC; and that the Joint Scheduling Report shall be electronically filed in CM/ECF, one (1) full week prior to the September 10, 2021 MSC.

**IT IS SO STIPULATED.**

Dated: May 25, 2021                                      STEPTOE & JOHNSON LLP


By: */s/ Dennis E. Raglin*
    Dennis Raglin
    Melanie Ayerh

Attorneys for Defendant
INVACARE CORPORATION

Dated: May 25, 2021                                      CABLE LAW, APC


By: */s/ Keith D. Cable*
    Keith D. Cable

Attorney for Plaintiff
WILLIAM E. GRAY

**ORDER**

Pursuant to the stipulation of the parties[1] (ECF No. 10), and good cause appearing, the Initial Scheduling Conference is continued from June 10, 2021, to **September 14, 2021, at 10:00 AM in Courtroom 10 (EPG)** before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated:   **May 25, 2021**                    /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE

---

[1] The parties' stipulation claims that a magistrate judge lacks jurisdiction to preside over the Mandatory Scheduling Conference. Pursuant to Local Rule 302, magistrate judges in this division preside over all pretrial scheduling conferences in civil matters and have jurisdiction over many non-dispositive matters. *See* E.D. Cal. Local Rule 302(c)(13).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 5 -
STIPULATION AND ORDER TO RESCHEDULE DATE OF
MANDATORY SCHEDULING CONFERENCE

Doc. # DC-19454047 v.2