Keith D. Cable, Esq., SBN 170055
**CABLE LAW, APC**
101 Parkshore Drive, Suite 100
Folsom, CA  95630
Tel. 916/608-7995
Fax 916/608-7986
E-mail: cablelaw@yahoo.com

Attorney for Plaintiff
WILLIAM E. GRAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| WILLIAM E. GRAY, | Case No.: 1:20-cv-01432-JLT-EPG |
|---|---|
| Plaintiff, | **STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND REMAND TO KINGS COUNTY SUPERIOR COURT; [PROPOSED] ORDER THEREON** |
| v. | |
| INVACARE CORPORATION; and DOES 1 to 50, | |
| Defendant. | |

The Parties, by and through their undersigned counsel, hereby stipulate to the following:

WHEREAS, Plaintiff filed a Motion for Leave to File a First Amended Complaint and Remand to State Court on March 10, 2022 (the "Motion") (Dkt. 18);

WHEREAS, the Court issued a Minute Order on March 18, 2022 vacating the hearing date on the Motion and noting that the Motion will be decided on the papers (Dkt. No. 20);

WHEREAS, in order to conserve the Parties and the court's resources, the Parties

STIPULATION AND [PROPOSED] ORDER RE LEAVE TO FILE AMENDED COMPLAINT AND REMAND

agree to the filing of the First Amended Complaint attached as Exhibit A to the Motion, (Dkt. 19), and to remand the case to state court;

NOW, WHEREFORE, IT IS HEREBY STIPULATED, AGREED AND JOINTLY REQUESTED by and between the Parties, through their respective counsel, that:

1. Plaintiff WILLIAM E. GRAY shall be granted leave to file a First Amended Complaint, a copy of which is attached as **Exhibit A** to Plaintiff's pending Motion for Leave to File First Amended Complaint and Remand to State Court;

2. Since the First Amended Complaint alleges claims against non-diverse defendants, upon the filing of the First Amended Complaint, the matter be remanded to the Superior Court of the State of California, County of Kings.

*IT IS SO STIPULATED.*

DATED: April 19, 2022                **CABLE LAW, APC**

　　　　　　　　　　　　　　　　　　　　　*/s/ Keith D. Cable*
By:    KEITH D. CABLE, ESQ.
       Attorney for Plaintiff
       WILLIAM E. GRAY

DATED: April 19, 2022                **STEPTOE & JOHNSON LLP**

　　　　　　　　　　　　　　　　　　　　　*/s/ Melanie A. Ayerh*
By:    DENNIS RAGLIN, ESQ.
       MELANIE A. AYERH, ESQ.
       Attorney for Defendant
       INVACARE CORPORATION

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File First Amended Complaint and Remand to State Court (Doc. 18) is GRANTED. Plaintiff's First Amended Complaint (Doc. 19, Ex. A) is deemed filed as of the date of this order. The matter shall immediately be remanded to the Superior Court of the State of California, County of Kings. This Court VACATES all pending matters and dates set before this Court.

IT IS SO ORDERED.

Dated: **April 19, 2022**

UNITED STATES DISTRICT JUDGE